1  Russell A. Robinson (163937)
   Law Office of Russell A. Robinson
2  345 Grove Street, Level One
   San Francisco CA 94102
3  Telephone:    415.861.4416
   Facsimile:    415.431.4526
4  rlaw345@gmail.com

5  Counsel for Plaintiffs
   LESLIE ANNE HALL, et al.
6

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
6/30/2016

7

8                         UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10
    LESLIE ANNE HALL, et al.,              ) Nos.   15-CV-1546-YGR
11                                         )
              Plaintiffs,                  ) **NOTICE OF VOLUNTARY DISMISSAL OF**
12                                         ) **ALL CLAIMS AS TO ALL PARTIES**
    v.                                     ) **WITHOUT PREJUDICE**
13                                         ) [Fed. Rules of Civ. Proc., Rule 41(a)]
    CITY OF PLEASANTON, et al.,            )
14                                         ) Trial:          [Not yet set]
              Defendants.                  )
15  _____) **[Jury Trial Demanded]**

16       TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

17       PLEASE TAKE NOTICE that while they believed, and believe, that the action was filed

18  and maintained in good faith and with cause by Plaintiffs, said Plaintiffs hereby voluntarily

19  dismiss all claims as to all parties in this action without prejudice, and pursuant to Federal Rules

20  of Civil Procedure (FRCP), Rule 41(a), and hereby give notice of voluntary dismissal of

21  Plaintiffs as follows:

22       Voluntary Dismissal.

23       (1)   By the Plaintiff.

24             (A)   Without a Court Order.  Subject to Rules 23(e), 23.1( c), 23.2, and 66
                     and any applicable federal statute, the plaintiff may dismiss an action
25                   without a court order by filing:

26                   (I)   a notice of dismissal before the opposing party serves either an
                           answer or a motion for summary judgment; or
27
                     (ii)  a stipulation of dismissal signed by all parties who have appeared.
28

---

*Hall, et al., v. Pleasanton, et al.; Related Case*                                    P030NODLH
NOT. OF VOLUNTARY DISMISSAL

(B)  Effect. Unless the notice or stipulation states otherwise, the dismissal is without prejudice. But if the plaintiff previously dismissed any federal – or state – court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

Date:  June 28, 2016

    Russell A. Robinson /s/
By:   Russell A. Robinson
Law Office of Russell A. Robinson
Counsel for Plaintiffs
**LESLIE ANNE HALL, et al.**
**AARON MATTHEW HALL**

Hall, et al., v. Pleasanton, et al.; Related Case
NOT. OF VOLUNTARY DISMISSAL    - 2 -    P030NODLH